# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 40 MAP 2014 |
| | : | |
| Appellant | : | Appeal from the Order of the York |
| | : | County Court of Common Pleas, |
| | : | Criminal Division, at No. CP-67-CR- |
| v. | : | 3099-2013 dated March 14, 2014. |
| | : | |
| | : | |
| | : | |
| RAFAEL J. SIMMONS-RIVERA, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                                      **DECIDED:  July 25, 2016**

AND NOW, this 25th day of July 2016, the Order of the Court of Common Pleas is **AFFIRMED**.


Justice Mundy did not participate in the consideration or decision of this matter.